IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPHINE CORRAL,

        Plaintiff,

v.                                        CIV 02-1148 BB/KBM

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

On February 28, 2003, I entered an order directing Plaintiff to either serve Defendant or provide the court with a written explanation why service has not been effected by **March 17, 2003.** She had not done so and, accordingly,

**IT IS THEREFORE RECOMMENDED** that the matter be dismissed for failure to serve and for lack of prosecution. *E.g., Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) *see also* FED. R. CIV. P. 41(b); *Costello v. United States,* 365 U.S. 265, 286-87 (1961) (district court may dismiss *sua sponte* for failure to comply with order of court).

> **THE PARTIES ARE FURTHER NOTIFIED THAT WITHIN 10 DAYS OF SERVICE** of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1). **A party must file any objections with the Clerk of the District Court within the ten-day period if that party wants to have appellate review of the proposed findings and recommended disposition. If no objections are filed, no appellate review will be allowed.**

                                                              _____
                                                              UNITED STATES MAGISTRATE JUDGE